# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE DAVIS, : | |
| Petitioner : | |
| : | CASE NO. 4:16-CR-138 |
| v. : | |
| : | (JUDGE MANNION) |
| UNITED STATES OF AMERICA, : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Davis's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 121)**, is **DENIED**.

2. Petitioner Davis is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

4. Petitioner Davis's motion to file a reply brief, **(Doc. 126)**, is **GRANTED**.

5. Petitioner Davis's motion for judgment on the pleadings pursuant to Fed.R.Civ.P. 12(c), **(Doc. 128)**, is **DENIED**.

6. Petitioner Davis's motion to take judicial notice of adjudicative facts, **(Doc. 130)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 11, 2019**
16-138-04-ORDER.wpd