# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :

                                 :          **CASE NO. 4:16-CR-138**

    **v.**

                                 :          **(JUDGE MANNION)**

**WILLIE DAVIS,**

                                 :

    **Defendant**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**1.** Defendant Davis' motion for a new trial under Fed.R.Crim.P. 33, **(Doc. 156)**, is **DENIED**.

**2.** Davis is not entitled to an evidentiary hearing.

**3.** There is no probable cause to issue a certificate of appealability.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated: March 12, 2021**
16-138-05-ORDER